# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| IAN C. JEFFRIES, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| | )   No. 2:21-cv-02161-JTF-atc |
| | ) |
| v. | ) |
| | ) |
| SHELBY COUNTY DEPARTMENT OF | ) |
| CORRECTIONS, ET AL., | ) |
| | ) |
|    Defendants. | ) |

## JUDGMENT

Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is Dismissed With Prejudice in accordance with the Order Dismissing Case, Certifying An Appeal Would Not Be Taken in Good Faith, Notifying Plaintiff of Appellate Filing Fee, And Recommending This Dismissal Be Treated As A Strike Under 28 U.S.C. § 1915(g), which was entered on September 14, 2021.

**IT IS SO ORDERED**, this 14th day of September 2021.

APPROVED:

*s/John T. Fowlkes, Jr.*                                          THOMAS M. GOULD
JOHN T. FOWLKES, JR.                              CLERK
UNITED STATES DISTRICT JUDGE

September 14, 2021                                                 s/Kristen Polovoy
DATE                                                                      (BY) LAW CLERK